In The

## Court of Appeals

## Ninth District of Texas at Beaumont

_____

### NO. 09-16-00299-CV
_____

**LAYNE WALKER, Appellant**

**V.**

**STEPHEN HARTMAN, Appellee**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-198,246**

## ORDER

Appellee filed a motion to recuse Chief Justice Steve McKeithen on September 23, 2016. Chief Justice McKeithen certified the matter to the Court. The Court finds appellant failed to present grounds which justify recusal in this case. *See* Tex. R. App. P. 16; *see also* Tex. R. Civ. P. 18b. Accordingly, the motion to recuse Chief Justice Steve McKeithen is denied.

ORDER ENTERED September 29, 2016.

PER CURIAM

Before Kreger, J., and Horton, J.
McKeithen, C.J., not participating.
Johnson, J., recused.